IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A SILVER, 2018, NISSAN SENTRA, VEHICLE IDENTIFICATION NUMBER (VIN#)3N1AB7AP9JY251807, AZ LICENSE PLATE NUMBER LSA5ZB | No. 21-00293MB<br><br>ORDER<br>FOR A TRACKING DEVICE<br><br>(Fed. R. Crim. P. 41;<br>18 U.S.C. § 3117)<br><br>(Under Seal pursuant to LRCiv 79.1(d)) |

WHEREAS an affidavit has been presented to the Court by Special Agent Steven Andujar of Homeland Security Investigations, and full consideration having been given to the matters set forth therein, this Court finds that there is probable cause to use a tracking device already installed in or on a vehicle described as a SILVER, 2018, NISSAN SENTRA, bearing AZ license plate number LSA5ZB, vehicle identification number (VIN) 3N1AB7AP9JY251807, registered to Anastacio Munoz, Green Valley, Arizona 85622 ("Target Vehicle"), and that the use of such tracking device will lead to evidence, fruits, and instrumentalities of 21 U.S.C. §§ 841, 846, 952, 960 and/or 963.

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Crim. P. 41 and 18 U.S.C. § 3117, that Special Agents of Homeland Security Investigations, and/or their authorized representatives are authorized to:

1. Commence use and monitoring of a tracking device already installed within or on the Target Vehicle within the District of Arizona within 10 calendar days from the date of this Order.

2. Surreptitiously enter onto private property and move the Target Vehicle as needed on a 24-hour basis, if necessary to effectuate any re-installation, maintenance, replacement and removal of the tracking device. Installation must occur within the District of Arizona, but entry for purposes of maintenance, replacement or removal may occur anywhere within the United States of America.

3. Re-install, maintain, replace or remove the tracking device at any time of the day or night, to ensure the safety of the executing officer(s) and to avoid premature disclosure of the investigation.

4. Monitor the tracking device within areas, both public and private, both within and outside the District of Arizona, on a 24-hour basis, for a period of 45 days from the date of installation.

5. This warrant be returned to the issuing judicial officer within 10 days after the termination of the tracking period authorized by the warrant.

6. Pursuant to 18 U.S.C. §3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), service of notice may be delayed for a period of thirty days (30) days after the termination of the tracking period authorized by the warrant or any extension thereof, because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the investigation.

IT IS FURTHER ORDERED that this Order, the accompanying application and affidavit submitted in support thereof, Warrant, the Return, the Notice of Compliance with Service Requirement, and any related documents filed in this case be sealed for 180 days from expiration pursuant to LRCiv 79.1(d) in order to avoid premature disclosure of the

\ \ \

investigation, guard against the flight of fugitives, and better ensure the safety of agents and others.

                Dated this <u>28th</u> day of June, 2021.

                The Honorable Eric J. Markovich
                United States Magistrate Judge