| | City and State | | | Printed name and title |
|---|---|---|---|---|

☒ FILED  ☐ LODGED

Jul 7 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

CASE NO.: 21-00293MB

| DATE WARRANT RECEIVED | DATE & TIME TRACKER INSTALLED | DATE(S) TRACKER SERVICED | DATE & TIME TRACKER REMOVED | LENGTH OF USE (date & time): |
|---|---|---|---|---|
| June 28, 2021 | June 28, 2021 11:00 a.m. | | June 28, 2021 2:45 pm | FROM: June 28, 2021 at 11:00 a.m. TO: June 28, 2021 at 2:45 p.m. |

## SERVICE OF NOTICE WITHIN 10 DAYS

SERVICE OF NOTICE OF THIS WARRANT WAS MADE WITHIN 10 CALENDAR DAYS after monitoring ended on __June 28, 2021 2:45 p.m.__, by means of:
_(date and time)_

☐ DELIVERING a copy of the warrant to _____ , the person who was
_(name)_
monitored, or whose property was monitored, at _____ ; OR
_(location where service occurred)_

☐ LEAVING a copy of the warrant at _____ , the person's
_(address)_
residence or usual place of abode, with _____ , an individual of
_(name and age)_
suitable age and discretion, who resides at the location, and by MAILING a copy to the person's last known address of
_____ .
_(last known address)_

## UNABLE TO NOTIFY

SERVICE OF NOTICE OF THIS WARRANT CANNOT BE MADE because ☐ the person who was tracked or whose property was tracked has not been identified and the vehicle is registered in a fictitious identity; ☒ the person who was tracked or whose property was tracked has been identified but cannot be located to be served and does not have a valid address in the United States; or ☐ other or further explanation: __NOTIFICATION ATTEMPTS MADE ON 7/6/2021 @ 08:00 AM & 7/6/2021 @ 4:30 pm - SUBJECT RESIDES IN MEXICO.__

## DELAYED NOTICE

☐ SERVICE OF NOTICE OF THIS WARRANT HAS NOT BEEN MADE WITHIN 10 CALENDAR DAYS because an initial 30-day request for delayed notice, pursuant to Crim. R. Fed. P. 41(f)(3) was ☐ granted in the initial warrant and order and **delay expires** on _____ ; or ☐ was filed on _____ .
_(write in the date 30 days from last day monitored)_ _(date)_

## WARRANT NOT EXECUTED

☐ This Warrant was Not Executed.
_(Check this box only if the warrant was never executed, and leave the sections above blank, except for the date the warrant was received)_

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 7/7/2021

_(Agent's Signature)_

HSI SA CHRISTOPHER BOLEY
_(Printed Name and Title)_